UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 01-2114 |
| | ) |
| LUCY JONES, ESTATE OF FRANK | ) |
| PAUL JONES, WINDIE ROBINSON, | ) |
| FRANCESCA JONES, UNKNOWN | ) |
| OWNERS, INCLUDING UNKNOWN | ) |
| HEIRS AND LEGATEES OF FRANK | ) |
| PAUL JONES, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| COUNTY OF KANKAKEE, | ) |
| SECURITY PACIFIC FINANCIAL | ) |
| SERVICES, INC., nka CITY | ) |
| FINANCIAL MORTGAGE and | ) |
| CREDITORS COLLECTION BUREAU, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO SET JUDICIAL SALE AND CREDIT PAYMENTS RECEIVED IN
BANKRUPTCY TOWARDS SATISFACTION OF MORTGAGE DEBT**

The United States of America, plaintiff, requests permission from this Court to set the judicial foreclosure sale in this case that was postponed because of the debtor's bankruptcy proceeding, and to credit towards satisfaction of the mortgage indebtedness, the funds received by the United States of America to be applied to this indebtedness during that bankruptcy proceeding. The United States in support of this motion states that:

1. On November 21, 2002, the United States obtained a default judgment of foreclosure in the amount of $96,232.84 plus foreclosure costs.

2. On December 10, 2002, the United States filed a Notice of Defendant's Filing of Bankruptcy advising this Court and the parties thereto that the debtor, Lucy Jones, filed a Chapter 13 bankruptcy proceeding on December 6, 2002 in Case No. 02-93769.

3. On January 22, 2004, the bankruptcy court in that same case number entered an Order Lifting Automatic Stay And Abandoning Real Estate allowing this foreclosure proceeding to continue. On June 17, 2004 the debtor received a Discharge After Completion of Chapter 13 Plan in this same case number.

4. During the pendency of the bankruptcy, $4,364.88 was received by the United States through the bankruptcy court and applied towards satisfaction of the judgment indebtedness.

5. Now that the automatic stay has been lifted, the real estate has been abandoned and all times for reinstatement and redemption have expired, the judicial sale needs to be set.

Wherefore, the United States of America requests permission to credit towards the judgment indebtedness $4,364.88 received during the pendency of the above-referenced bankruptcy proceeding and to resume this foreclosure litigation by

scheduling the judicial sale of this real estate with the United States giving proper notice of said future sale.

Respectfully submitted this 6th day of December 2004.

                JAN PAUL MILLER
                UNITED STATES ATTORNEY


BY:    s/David H. Hoff
         DAVID H. HOFF
         United States Attorney
         201 S. Vine St., Suite 226
         Urbana, IL 61802
         Phone:  217/373-5875
         Fax: 217/373-5891
         david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of December 2004, I electronically filed the Motion to Set Judicial Sale and Credit Payments Received in Bankruptcy Towards Satisfaction of Mortgage Debt with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Lucy Jones
    12571 E. 2500 S. Road
    Momence, IL 60954

    Brenda Gorski
    Assistant State's Attorney
    Kankakee County
    189 E. Court Street, Suite 502
    Kankakee, IL 60901

    Security Pacific Financial Services, Inc.
    n/k/a City Financial Mortgage
    250 E. John Carpenter Freeway, ZHCASC-7D
    Irving, TX 76051

    Creditors Collection Bureau
    755 Almar Parkway
    Bourbonnais, IL 60914

    Francesca Jones
    12571 E. 2500 S. Road
    Momence, IL 60954

    Windie Robinson
    12571 E. 2500 S. Road
    Momence, IL 60954                s/David H. Hoff
                                                    DAVID H. HOFF
                                                    United States Attorney
                                                    201 S. Vine Street, Suite 226
                                                    Urbana, Illinois 61802
                                                    Phone:  217/373-5875
                                                    Fax: 217/373-5891
                                                    david.hoff@usdoj.gov