E-FILED
Monday, 10 January, 2005  08:16:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LUCY JONES, ESTATE OF FRANK )<br>PAUL JONES, WINDIE ROBINSON, )<br>FRANCESCA JONES, UNKNOWN )<br>OWNERS, INCLUDING UNKNOWN )<br>HEIRS AND LEGATEES OF FRANK )<br>PAUL JONES, DECEASED, AND )<br>NON-RECORD CLAIMANTS, )<br>COUNTY OF KANKAKEE, )<br>SECURITY PACIFIC FINANCIAL )<br>SERVICES, INC., nka CITY )<br>FINANCIAL MORTGAGE and )<br>CREDITORS COLLECTION BUREAU, )<br>)<br>Defendants. ) | Case No. 01-2114 |

**CERTIFICATE OF SERVICE OF
NOTICE OF MARSHAL'S SALE**

I hereby certify that on the 10th day of January 2005, I electronically filed the Notice of Marshal's Sale with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lucy Jones
12571 E. 2500 S. Road
Momence, IL 60954

Brenda Gorski
Assistant State's Attorney
Kankakee County
189 E. Court Street, Suite 502
Kankakee, IL 60901

Security Pacific Financial Services, Inc.
n/k/a City Financial Mortgage
250 E. John Carpenter Freeway, ZHCASC-7D
Irving, TX 76051

Creditors Collection Bureau
755 Almar Parkway
Bourbonnais, IL 60914

Francesca Jones
12571 E. 2500 S. Road
Momence, IL 60954

Windie Robinson
12571 E. 2500 S. Road
Momence, IL 60954

                                                  s/David H. Hoff
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov