**E-FILED**
Tuesday, 15 February, 2005  02:48:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|    ) | |
|    Plaintiff,    ) | |
|    ) | |
| vs.    ) | Case No. 01-2114 |
|    ) | |
| LUCY JONES, ESTATE OF FRANK    ) | |
| PAUL JONES, WINDIE ROBINSON,    ) | |
| FRANCESCA JONES, UNKNOWN    ) | |
| OWNERS, INCLUDING UNKNOWN    ) | |
| HEIRS AND LEGATEES OF FRANK    ) | |
| PAUL JONES, DECEASED, AND    ) | |
| NON-RECORD CLAIMANTS,    ) | |
| COUNTY OF KANKAKEE,    ) | |
| SECURITY PACIFIC FINANCIAL    ) | |
| SERVICES, INC., nka CITY    ) | |
| FINANCIAL MORTGAGE and    ) | |
| CREDITORS COLLECTION BUREAU,    ) | |
|    ) | |
|    Defendants.    ) | |

### NOTICE OF DEFENDANT'S FILING OF CHAPTER 13 BANKRUPTCY AND CANCELLATION OF U.S. MARSHAL'S SALE

Pursuant to Central District of Illinois Local Rule 16.1, notice is hereby given of a Petition for Relief Under Chapter 137 of the Bankruptcy Code being filed by defendant, LUCY JONES.  Said Petition was filed in the United States Bankruptcy Court for the Central District of Illinois on February 15, 2005, as Case No. 05-90458.

Due to the filing of the instant bankruptcy, the U.S. Marshal's Sale scheduled for February 17, 2005, was canceled and will be rescheduled at a later date.

DATED this 15th day of February 2005.

Respectfully submitted,

JAN PAUL MILLER
United States Attorney

BY:    s/ David H. Hoff _____
DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lucy Jones
12571 E. 2500 S. Road
Momence, IL 60954

Brenda Gorski
Assistant State's Attorney
Kankakee County
189 E. Court Street, Suite 502
Kankakee, IL 60901

Security Pacific Financial Services, Inc.
n/k/a City Financial Mortgage
250 E. John Carpenter Freeway, ZHCASC-7D
Irving, TX 76051

Creditors Collection Bureau
755 Almar Parkway
Bourbonnais, IL 60914

Francesca Jones
12571 E. 2500 S. Road
Momence, IL 60954

Windie Robinson
12571 E. 2500 S. Road
Momence, IL 60954

s/David H. Hoff_____
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov