E-FILED
Wednesday, 18 July, 2007  11:24:33 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LUCY JONES, ESTATE OF FRANK )<br>PAUL JONES, WINDIE ROBINSON, )<br>FRANCESCA JONES, UNKNOWN )<br>OWNERS, INCLUDING UNKNOWN )<br>HEIRS AND LEGATEES OF FRANK )<br>PAUL JONES, DECEASED, AND )<br>NON-RECORD CLAIMANTS, )<br>COUNTY OF KANKAKEE, )<br>SECURITY PACIFIC FINANCIAL )<br>SERVICES, INC., nka CITY )<br>FINANCIAL MORTGAGE and )<br>CREDITORS COLLECTION BUREAU, )<br>)<br>Defendants. ) | Case No. 01-2114 |

## MOTION TO DISMISS

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney David H. Hoff, requests that the plaintiff's complaint in the cause be dismissed without prejudice for the reasons explained hereinbelow:

1. On May 10, 2001, the plaintiff filed the instant foreclosure complaint.

2. On December 6, 2002, the defendant, Lucy Jones, commenced a Chapter 13 bankruptcy proceeding in the Central District of Illinois. (Case No. 02-93769)

3. On January 22, 2003, United States Bankruptcy Court granted the United States' motion to lift the automatic stay so that the United States could proceed with the instant foreclosure of the defendant-debtor's residence located at 12571 E. 2500 S. Road, Momence, Illinois.

4. The foreclosure proceeding was resumed in United States District Court and a sale was scheduled for February 17, 2005.

5. On February 15, 2005, defendant, Lucy Jones, commenced yet another Chapter 13 bankruptcy proceeding in the Central District of Illinois. (Case No. 05-90458)

6. On September 15, 2006, the United States Bankruptcy Court granted the United States' motion to lift the automatic stay so that the United States could proceed with the instant foreclosure of the defendant-debtor's residence located at 12571 E. 2500 S. Road, Momence, Illinois.

7. Between the date of filing and the date of the order referenced above, the defendant-debtor made partial payments under the bankruptcy proceeding on this debt.

8. These partial payments may have unwound the acceleration of the mortgage indebtedness. Consequently, the debt was reaccelerated and it is necessary now to dismiss the instant foreclosure complaint without prejudice.

9. The case was re-filed on June 28, 2007, and assigned Case No. 07-2120, which is pending before this Court.

THEREFORE, the United States of America requests that this Court dismiss the instant foreclosure complaint in this case without prejudice with each party paying its own costs and expenses incurred in this proceeding.

> Respectfully submitted,
>
> RODGER A. HEATON
> UNITED STATES ATTORNEY
>
> BY:   s/David H. Hoff
> DAVID H. HOFF, Bar No. IL 1234072
> United States Attorney
> 201 S. Vine St., Suite 226
> Urbana, IL 61802
> Phone: 217/373-5875
> Fax: 217/373-5891
> david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of July 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lucy Jones
12571 E. 2500 S. Road
Momence, IL 60954

Brenda Gorski
Assistant State's Attorney
Kankakee County
189 E. Court Street, Suite 502
Kankakee, IL 60901

Security Pacific Financial Services, Inc.
n/k/a City Financial Mortgage
250 E. John Carpenter Freeway, ZHCASC-7D
Irving, TX 76051

Creditors Collection Bureau
755 Almar Parkway
Bourbonnais, IL 60914

Francesca Jones
12571 E. 2500 S. Road
Momence, IL 60954

Windie Robinson
12571 E. 2500 S. Road
Momence, IL 60954

                                                  s/David H. Hoff
                                                  DAVID H. HOFF, Bar No. 1234027
                                                  Assistant United States Attorney
                                                  201 S. Vine Street, Suite 226
                                                  Urbana, Illinois 61802
                                                  Ph.: 217/373-5875
                                                  Fax: 217/373-5891
                                                  david.hoff@usdoj.gov