**E-FILED**
Monday, 30 July, 2007  02:53:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 01-2114 |
| | ) | |
| LUCY JONES, ESTATE OF FRANK | ) | |
| PAUL JONES, WINDIE ROBINSON, | ) | |
| FRANCESCA JONES, UNKNOWN | ) | |
| OWNERS, INCLUDING UNKNOWN | ) | |
| HEIRS AND LEGATEES OF FRANK | ) | |
| PAUL JONES, DECEASED, AND | ) | |
| NON-RECORD CLAIMANTS, | ) | |
| COUNTY OF KANKAKEE, | ) | |
| SECURITY PACIFIC FINANCIAL | ) | |
| SERVICES, INC., nka CITY | ) | |
| FINANCIAL MORTGAGE and | ) | |
| CREDITORS COLLECTION BUREAU, | ) | |
| | ) | |
| Defendants. | ) | |

<u>RELEASE OF AMENDED NOTICE OF FORECLOSURE</u>

Release is hereby given of the Notice of Foreclosure filed in the United States
District Court, Central District of Illinois, on May 10, 2001,  and recorded in the
Recorder's Office in Kankakee County, Illinois, on August 23, 2001, as Document No.
200116481, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on May 10, 2001, and is now pending.

(i)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is: LUCY JONES, as surviving joint tenant of Frank Paul Jones, deceased

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot 4, Pineview Subdivision, being a Subdivision of the Northeast Quarter of Section 17, Township 30 North, Range 11 West of the Second Principal Meridian, in Kankakee County, Illinois
>
> PIN No. 19-17-200-027

(v)  A common address or description of the location of the real estate is as follows:

> 12571 E. 2500 S. Road, Momence, IL 60954

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of Mortgagor: | LUCY JONES and<br>FRANK PAUL JONES (now deceased) |
| Name of mortgagee: | United States of America acting through<br>United States Department of Agriculture |
| Date of mortgage: | March 5, 1982 |
| Date of recording: | March 10, 1982 |
| County where recorded: | Kankakee County, Illinois |

2

Recording document identification:        as Doc. No. 82-1439


Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    s/David H. Hoff
       DAVID H. HOFF, Bar No. IL 1234072
       United States Attorney
       201 S. Vine St., Suite 226
       Urbana, IL 61802
       Phone:  217/373-5875
       Fax: 217/373-5891
       david.hoff@usdoj.gov


This instrument was prepared by David H. Hoff,  Assistant United States Attorney, 201 S. Vine, Urbana, IL 61802.

3